## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STEPHEN SKINNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action Number ) 1:13-cv-00701-JOF ) |
| PROGRESSIVE MOUNTAIN INSURANCE CO., | ) ) Removed from State Court of ) Gwinnett County ) Civil Action File No.: 13C-00709 |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereto stipulate and agree that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

This 10th day of February, 2014.

Stipulated to by:

/s/ Fred M. Valz, III
Fred M. Valz, III
Georgia Bar No. 723379
Erica L. Parsons
Georgia Bar No. 100152
Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30303
Telephone: 404-522-8220
*Attorneys for Defendant*

/s/ Richard E. Dolder
James ("Jay") Sadd
Georgia Bar No. 622010
Richard E. Dolder, Jr.
Georgia Bar No. 220237
Slappey & Sadd, LLC
352 Sandy Springs Circle
Atlanta, GA  30328
Telephone: 404-255-6677
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for the opposing party with a copy of the within and foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Fred M. Valz, III
Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303

This 10th day of February, 2014.

By: */s/ Richard E. Dolder*
Richard E. Dolder
GA Bar No. 220237
**Counsel for Plaintiff**

**SLAPPEY & SADD, LLC.**
352 Sandy Springs Circle
Atlanta, GA  30328
Telephone:  404-255-6677